**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1243**

In the Matter of                                            Case Number:

Abbott Laboratories and Laboratoires Fournier S.A.
v. Teva Pharmaceuticals USA, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laboratoires Fournier S.A.

**JUDGE ST. EVE**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |  |
|---|---|
| Peter J. Meyer |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Peter J. Meyer |  |
| FIRM |  |
| Steptoe & Johnson LLP |  |
| STREET ADDRESS |  |
| 115 S. LaSalle Street, Suite 3100 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60603 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6187748 | (312) 577-1236 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |  |