FILED
FEBRUARY 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>    Defendants. | Case No.<br><br>**08 C 1243**<br><br>**JUDGE ST. EVE**<br>**MAGISTRATE JUDGE DENLOW** |

## CORPORATE DISCLOSURE STATEMENT OF
## LABORATOIRES FOURNIER S.A. PURSUANT TO L.R. 3.2

Pursuant to Rule 3.2 of the Local Rules of this Court, the undersigned counsel for Plaintiff Laboratoires Fournier, S.A. ("Fournier"), respectfully submits the following corporate disclosure statement:

Solvay SA, a corporation whose securities are publicly traded, is a parent of Fournier.

| | |
|---|---|
| STEPTOE & JOHNSON LLP<br><br>  s/Peter J. Meyer<br><br>Peter J. Meyer<br>115 South LaSalle Street, Suite 3100<br>Chicago, Illinois 60603<br>(312) 577-1300<br>pmeyer@steptoe.com<br><br>*ATTORNEY FOR*<br>*LABORATOIRES FOURNIER S.A.* | <u>OF COUNSEL</u><br><br>Timothy C. Bickham<br>Roger W. Parkhurst<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000 |

February 29, 2008