**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>    Defendants. | **08 C 1243**<br><br>C.A. No.<br><br>**JUDGE ST. EVE**<br>**MAGISTRATE JUDGE DENLOW** |

### PLAINTIFF ABBOTT LABORATORIES' LOCAL RULE 3.2 DISCLOSURE

Plaintiff, Abbott Laboratories, by and through its undersigned attorneys, makes the following disclosure to the Court pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois:

Abbott Laboratories is an independent, publicly held company (NYSE: ABT) that has no parent corporations and no publicly held company owns 10% or more of Abbott's stock.

Dated:   February 29, 2008              Respectfully submitted,

                                          /s/ Stephanie McCallum

                                        James F. Hurst
                                        Stephanie McCallum
                                        WINSTON & STRAWN LLP
                                        35 West Wacker Drive
                                        Chicago, IL  60601
                                        312-558-5600
                                        312-558-5700 – fax
                                        jhurst@winston.com
                                        smccallum@winston.com

CHI:2054897.1