**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>        Defendants. | Case No.<br><br>**08 C 1243**<br><br>**JUDGE ST. EVE**<br>**MAGISTRATE JUDGE DENLOW** |

### NOTICE OF CLAIM INVOLVING PATENTS PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4 of the Northern District of Illinois, Plaintiffs Abbott Laboratories and Laboratoires Fournier S.A., give notice to the Court that they have filed a Complaint for patent infringement. Plaintiffs in this action are Abbott Laboratories, an Illinois corporation, having its headquarters and principal place of business at 100 Abbott Park Road, Abbott Park, Illinois 60064, and Laboratoires Fournier S.A, a French corporation having its principal place of business at 42 Rue de Longvic, 21300 Chenôve, France. The Defendant in this action is Teva Pharmaceuticals USA, Inc., a corporation organized and existing under the laws of the State of Delaware having its principal place of business at 1090 Horsham Road, P.O. Box 1090, North Wales, PA 19454-1090. This action is brought for infringement of United States Patent Nos. 6,277,405, 7,037,529 and 7,041,319. The inventors are Andre Stamm and Pawan Seth. Abbott and Laboratoires Fornier provide this information pursuant to 35 U.S.C. § 290.

                                                  ABBOTT LABORATORIES and
                                                  LABORATOIRES FOURNIER S.A.

                                                  By:    /s/ Stephanie S. McCallum

Dated: February 29, 2008                   James F. Hurst
                                                  Stephanie McCallum
                                                  WINSTON & STRAWN LLP
                                                  35 West Wacker Drive
                                                  Chicago, IL  60601
                                                  312-558-5600
                                                  312-558-5700 – fax
                                                  jhurst@winston.com
                                                  smccallum@winston.com


                                                By:    /s/ Peter  J. Meyer

                                                Peter J. Meyer
                                                STEPTOE & JOHNSON
                                                115 South LaSalle Street
                                                Chicago, Illinois 60603
                                                (312) 577-1300
                                                pmeyer@steptoe.com