AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| **DOCKET**<br>08cv1243 | **DATE FILED**<br>2/29/2008 | **UNITED STATES DISTRICT COURT,**<br>**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** |
|---|---|---|
| **PLAINTIFF**<br>Abbott Laboratories et al | | **DEFENDANT**<br>Teva Pharmaceuticals USA, Inc. |

| PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|
| US 6,277,405 B1 | 8/21/2007 | Laboratories Fournier, S.A. |
| US 7,037,529 B2 | 5/2/2006 | Laboratories Fournier |
| US 7,041,319 B2 | 5/9/2006 | Laboratories Fournier |
| | | |
| | | |
| | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| **PATENT NO.** | **DATE OF PATENT** | **PATENT** |
| | | |
| | | |
| | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK<br>Michael W. Dobbins | (BY) DEPUTY CLERK<br>/s/  Tiana Davis | DATE<br>3/3/2008 |