AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ABBOTT LABORATORIES and
LABORATOIRES FOURNIER S.A.

V.

TEVA PHARMACEUTICALS USA, INC.

CASE NUMBER: **08 C 1243**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE ST. EVE
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

TEVA PHARMACEUTICALS USA, INC
c/o Registered Agent - Corporate Creations Network
3411 Silverside Road Rodney Building #104
Wilmington, DE 19810

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James F. Hurst and Stephanie S. McCallum
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
312-558-5600
jhurst@winston.com: smccallum@winston.com

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

February 29, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 3/6/08 |
| NAME OF SERVER (PRINT) THOMAS WILLIAMS | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally served Teva Pharmaceuticals USA, Inc c/o Registered Agent Corporate Creations Network, at 3411 Silverside Road, Wilm DE 19810 at 1:05 PM Person Accepting: Jen Toscano in Rodney Bld #104

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/6/08                   *Thomas Williams*
              Date                           Signature of Server

                                    230 N Market St, Wilm DE 19801
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.