# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 1:08-cv-01243

Abbott Laboratories et al v. Teva Pharmaceuticals USA, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Teva Pharmaceuticals USA, Inc., Defendant

| | |
|---|---|
| NAME (Type or print)<br>Bruce M. Gagala | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Bruce M. Gagala | |
| FIRM<br>Leydig, Voit & Mayer, Ltd. | |
| STREET ADDRESS<br>180 N. Stetson Ave., Suite 4900 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>0901342 | TELEPHONE NUMBER<br>(312) 616-5600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |