**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>       Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>       Defendants. | Case No. 1:08-cv-01243<br><br>Judge Grady<br>Magistrate Judge Denlow |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a) IN LIEU OF ANSWERING**

Defendant TEVA PHARMACEUTICALS U.S.A., INC.'S ("Teva"), by its attorneys, and pursuant 28 U.S.C. §1404(a), MOVES to transfer venue to the United States District Court for the District of New Jersey and for leave to answer or otherwise plead upon determination of the instant request.  In support of this Motion, Teva relies upon and submits its accompanying Memorandum of Law and Exhibits.

Respectfully submitted,

Date:   March 31, 2008          LEYDIG, VOIT & MAYER, LTD.

By: /s/ Bruce M. Gagala

Bruce M. Gagala
M. Daniel Hefner
Douglas A. Robinson
Peter H. Domer
Two Prudential Plaza
Suite 4900

1

Chicago, Illinois  60601-6780
(312) 616-5600 (tel)
(312) 616-5700 (fax)
Email: pdomer@leydig.com
Attorneys for Defendant Teva
Pharmaceuticals USA, Inc

## CERTIFICATE OF SERVICE

I hereby certify that I have personal knowledge that on March 31, 2008 the foregoing

DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a) IN LIEU OF ANSWERING

was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Stephanie S. McCallum
James F. Hurst
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
(312) 558-5600
Email: jhurst@winston.com
Email: smccallum@winston.com
ATTORNEYS FOR ABBOTT LABORATORIES

Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: cjpeterman@pbwt.com
ATTORNEY FOR ABBOTT LABORATORIES

Peter J. Meyer
STEPTOE & JOHNSON LLP
115 South LaSalle Street
Chicago, Illinois 60603
(312) 577-1300
Email: pmeyer@steptoe.com
ATTORNEY FOR LABORATOIRES FOURNIER S.A.

I further certify that I caused to be emailed and shipped via FedEx the foregoing document and the notice of electronic filing to:

Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: cjpeterman@pbwt.com
ATTORNEY FOR ABBOTT LABORATORIES

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
Email: tbickham@steptoe.com
ATTORNEY FOR LABORATOIRES FOURNIER S.A.


DATE:  March 31, 2008

Peter H. Domer
Attorney for Defendant Teva
Pharmaceuticals USA, Inc