IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 1:08-cv-01243<br><br>Judge Grady<br>Magistrate Judge Denlow |

## NOTICE OF MOTION

To:

 Stephanie S. McCallum
 James F. Hurst
 WINSTON & STRAWN LLP
 35 W. Wacker Drive
 Chicago, Illinois 60601-9703
 (312) 558-5600
 Email: jhurst@winston.com
 Email: smccallum@winston.com
 *ATTORNEYS FOR ABBOTT LABORATORIES*

 *OF COUNSEL*
 Chad J. Peterman
 PATTERSON, BELKNAP, WEBB & TYLER LLP
 1133 Avenue of the Americas
 New York, NY 10036-6710
 (212) 336-2000
 *ATTORNEY FOR ABBOTT LABORATORIES*

 Peter J. Meyer
 STEPTOE & JOHNSON LLP
 115 South LaSalle Street
 Chicago, Illinois 60603
 (312) 577-1300

1

Email: pmeyer@steptoe.com
*ATTORNEY FOR LABORATOIRES FOURNIER S.A.*

*OF COUNSEL*
Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
*ATTORNEY FOR LABORATOIRES FOURNIER S.A.*

Please take notice that on March 31, 2008 Defendant, TEVA PHARMACEUTICALS USA, INC., by counsel, filed and properly served:

1. DEFENDANT TEVA PHARMACEUTICALS USA., INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a) IN LIEU OF ANSWERING,

2. DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a) IN LIEU OF ANSWERING,

3. DECLARATION OF PETER H. DOMER AND APPENDIX IN SUPPORT OF DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a) IN LIEU OF ANSWERING, and

4. a proposed ORDER GRANTING DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a).

The matter is scheduled to be heard on April 2, 2007, at 11:00 AM CDT, or as soon thereafter as we may be heard, before Hon. John F. Grady in Courtroom 2201 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604.

Respectfully Submitted,

Date: March 31, 2008

By: /s/ Bruce M. Gagala

Bruce M. Gagala
M. Daniel Hefner

2

Douglas A. Robinson
Peter H. Domer
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Ave.
Suite 4900
Chicago, Illinois  60601-6780
(312)616-5600
bgagala@leydig.com

*ATTORNEYS FOR TEVA PHARMACEUTICALS USA, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that I have personal knowledge that on March 31, 2008 the foregoing

NOTICE OF MOTION

was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Stephanie S. McCallum
James F. Hurst
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
(312) 558-5600
Email: jhurst@winston.com
Email: smccallum@winston.com
ATTORNEYS FOR ABBOTT LABORATORIES

Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: cjpeterman@pbwt.com
ATTORNEY FOR ABBOTT LABORATORIES

Peter J. Meyer
STEPTOE & JOHNSON LLP
115 South LaSalle Street
Chicago, Illinois 60603
(312) 577-1300
Email: pmeyer@steptoe.com
ATTORNEY FOR LABORATOIRES FOURNIER S.A.

I further certify that I caused to be emailed and shipped via FedEx the foregoing document and the notice of electronic filing to:

Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: cjpeterman@pbwt.com
ATTORNEY FOR ABBOTT LABORATORIES

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
Email: tbickham@steptoe.com
ATTORNEY FOR LABORATOIRES FOURNIER S.A.


DATE: March 31, 2008

                                                                         _____
Peter H. Domer
Attorneys for Defendant Teva
Pharmaceuticals USA, Inc