IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>Defendants. | Case No. 1:08-cv-01243<br><br>Judge Grady<br>Magistrate Judge Denlow |

## DECLARATION OF PETER H. DOMER

I, Peter H. Domer, declare under the penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Leydig, Voit & Mayer, Ltd. who is representing TEVA PHARMACEUTICALS USA, INC. in the above-captioned action.

2. This declaration is submitted in support of

DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a) IN LIEU OF ANSWERING,

and

DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a) IN LIEU OF ANSWERING

3. Attached to this Declaration, in its Appendix, are what I believe to be true and correct copies of the following documents:

| Exhibit (Ex.) No. | Description |
|---|---|
| 1 | Complaint (D.I. No. 1), Filed 2/29/2008, ELAN PHARMA INTERNATIONAL LTD., and FOURNIER LABORATORIES IRELAND LTD. v. TEVA PHARMACEUTICALS USA, INC., 2:08-cv-01085-JAG-MCA, U.S. Dist. Court for the Dist. of New Jersey. |
| 2 | SOLVAY : FOURNIER LABORATORIES IRELAND LTD AND LABORATOIRES FOURNIER SA FILED INFRINGEMENT ACTIONS AGAINST TEVA IN THE USA - BusinessWeek Website, accessed 3/26/08 1:33 PM CDT. |
| 3 | Affidavit of Deborah Jaskot |
| 4 | Screen Shot of March 17, 2008 of the FDA "Electronic Orange Book" webpages for NDA No. 021-656 |
| 5 | U.S. Patent No. 6,277,405 ("the '405 patent") |
| 6 | U.S. Patent No. 7,037,529 ("the '529 patent") |
| 7 | U.S. Patent No. 7,041,319 ("the '319 patent") |
| 8 | U.S. Patent No. 5,145,684 ("the '684 patent") |
| 9 | U.S. Patent No. 7,276,249 ("the '249 patent") |
| 10 | U.S. Patent No. 7,320,802 ("the '802 patent") |
| 11 | Teva's Answer (D.I. No. 10), ELAN PHARMA INTERNATIONAL LTD., and FOURNIER LABORATORIES IRELAND LTD. v. TEVA PHARMACEUTICALS USA, INC., 2:08-cv-01085-JAG-MCA, U.S. Dist. Court for the Dist. of New Jersey. |
| 12 | *Abbott Laboratories v. Teva Pharmaceuticals USA, Inc.*, No. 02-1512-KAJ, 2005 WL 1026746 (D.Del. April 22, 2005). |
| 13 | *Abbott Laboratories et al. v. Novopharm Ltd.*, 2002 WL 433584 (N.D. Ill., March 20, 2002), affirmed 323 F.3d. 1324 (Fed. Cir. 2003); |
| 14 | Abbott et al.'s Brief, Opposing Motion to Transfer (D.I. No. 22), ABBOTT LABORATORIES ET AL.V. TEVA PHARMACEUTICALS USA, INC., No. Civ.A. 02-1512-KAJ, U.S. Dist. Court for the Dist. of Delaware. |
| 15 | *Abbott Lab. v. Selfcare, Inc.*, No. 98-C-7102, 1999 WL 162805 (N.D.Ill. March 15, 1999. |
| 16 | Complaint (D.I. No. 1), Filed 12/6/2007, ABBOTT LABORATORIES v. ZYDUS PHARMACEUTICALS (USA) INC., 3:07-cv-05821-FLW-TJB, U.S. Dist. Court for |

| Exhibit (Ex.) No. | Description |
|---|---|
|  | the Dist. of New Jersey. |
| 17 | Complaint (D.I. No. 1), Filed 12/6/2007, ABBOTT LABORATORIES v. SANDOZ, INC., 3:07-cv-05821-FLW-TJB, U.S. Dist. Court for the Dist. of New Jersey. |
| 18 | TRICOR®, Package Insert |
| 19 | *Clearclad Coatings, Inc. v. Xontal, Ltd.*, No. 98 C 7199, 1999 WL 652030 (N.D.Ill. Aug. 20, 1999). |
| 20 | United States District Court for the District of New Jersey, Local Civil Rule 40.1 |

4.　I hereby declare that all statements made herein of my own knowledge are true, that all statements of opinion or those made on information and belief are believed to be true, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18 of the United States Code.

DATE: March 31, 2008

Peter H. Domer