# EXHIBIT 2

SOLVAY : FOURNIER LABORATORIES IRELAND LTD AND LABORATOIRES FOURNIER SA FILED PATENT INFRINGEMENT ACTIONS AGAINST TEVA IN THE USA - BusinessWeek 3/26/08 1:33 PM

You can do more when your phone runs Windows. Windows Mobile Watch the Demo

BusinessWeek

keyword or company Search
Register | Sign In

Companies Home Sectors & Industries Industry News Learning Center People Overview Windows Mobile Application

100 FREE TRADES E*TRADE Securities LLC

INFORMATION TECHNOLOGY SECTOR
SEMICONDUCTORS & SEMICONDUCTOR EQUIPMENT INDUSTRY

March 26, 2008 1:36 PM ET

# Intel Corp. (INTC:NASDAQ)

**LAST** $21.81 USD **CHANGE TODAY** -0.46 -2.07% **VOLUME** 30.6M INTC On Other Exchanges

As of 1:21 PM 03/26/08 All times are local (Market data by Reuters is delayed by at least 15 minutes).

Snapshot | News | Charts | Financials | Earnings | People | Ownership | Transactions | Options

CompanynewsGroup 03/03/2008 2:30 AM ET

text size: T | T

## SOLVAY : FOURNIER LABORATORIES IRELAND LTD AND LABORATOIRES FOURNIER SA FILED PATENT INFRINGEMENT ACTIONS AGAINST TEVA IN THE USA

Embargo: March 3, 2008 at 8:30 AM (Brussels Time)

Fournier Laboratories asserts intellectual property of TriCorÂ® (fenofibrate) 145mg NFE

Fournier Laboratories Ireland Ltd (LFI) and Laboratoires Fournier S.A. (LFSA), wholly-owned subsidiaries of Solvay Pharmaceuticals, announced today that they have filed patent infringement court actions in the United States against Teva Pharmaceuticals.

RECENT INTC NEWS
Sector Snap: Telecommunications
03/26/2008 11:34 AM ET

Listening options anything but static [Chicago Tribune]
03/26/2008 11:23 AM ET

Sector Glance: Chips Down
03/26/2008 10:29 AM ET

How big to grow? [The Gazette, Cedar Rapids, Iowa]
03/26/2008 9:44 AM ET

In January 2008 Fournier was informed by Teva Pharmaceuticals that the latter had filed an Abbreviated New Drug Application (ANDA) with the U.S. Food and Drug Administration (FDA) seeking approval of a generic version of TriCorÂ® (fenofibrate) 145mg NFE tablets in the U.S. As part of its application process, Teva submitted a Paragraph IV certification as required by law.

Solvay Pharmaceuticals is fully committed to its fenofibrate franchise and will vigorously protect the intellectual property for this product against any infringement.

Solvay Pharmaceuticals is a research driven group of companies that constitute the global pharmaceutical business of the Solvay Group. The company seeks to fulfill carefully selected, unmet medical needs in the therapeutic areas of neuroscience, cardiometabolic, influenza vaccines, gastroenterology, and men's and women's health. Its

STOCK QUOTES
Stock, Fund, or ETF Go Company Lookup
RECENTLY VIEWED
INTC $21.82 USD -0.45
Market data is delayed at least 20 minutes.

BUSINESSWEEK PODCASTS
Hear what you're missing.
GO NOW
BusinessWeek
BusinessWeek
PODCASTS
BEHIND THE COVER
MARKET REPORT
THE WELCH WAY
TECH & YOU
GLOBAL OUTLOOK

COMPANIES MENTIONED
Chart not available for other companies mentioned.

FREE BUSINESSWEEK NEWSLETTERS
Our editors pick your must-read stories.
SUBSCRIBE NOW
BusinessWeek
Innovation & Design
BusinessWeek
SmallBiz Insider

INDUSTRY NEWS
Sector Snap: Telecommunications
AP Digital - 03/26/2008 11:34 AM ET

Listening options anything but static [Chicago Tribune]
Knight Ridder/Tribune - 03/26/2008 11:23 AM ET

ASE Test 4Q Profit Falls on Expenses
AP Digital - 03/26/2008 11:23 AM ET

http://investing.businessweek.com/businessweek/research/stocks/n...A&docSource=CompanynewsGroup&provider=ACQUIREMEDIA&symbol=INTC.O Page 1 of 2

2007 sales were EUR 2.6 billion and it employs more than 9,000 people worldwide. For more information, visit www.solvaypharmaceuticals.com.

SOLVAY is an international chemical and pharmaceutical Group with headquarters in Brussels. It employs more than 28,000 people in 50 countries. In 2007, its consolidated sales amounted to EUR 9.6 billion, generated by its three sectors of activity: Chemicals, Plastics and Pharmaceuticals. Solvay (NYSE Euronext: SOLB.BE - Bloomberg: SOLB.BB - Reuters: SOLBt.BR) is listed on the NYSE Euronext stock exchange in Brussels. Details are available at www.solvay.com

For further information please contact:

MARTIAL TARDY Corporate Press Officer SOLVAY S.A. Phone: 32 2 509 72 30 E-mail: martial.tardy@solvay.com Internet: www.solvaypress.com PATRICK VERELST Investor Relations SOLVAY S.A. Phone. 32 2 509 72 43 E-mail: patrick.verelst@solvay.com Internet: www.solvay-investors.com WERNER VAN DEN EYNDE, MD Pharmaceutical Communications SOLVAY PHARMACEUTICALS S.A. Tel: +32 2 509 62 27 E-mail: werner.vandeneynde@solvay.com Internet: www.solvaypharmaceuticals.com

Ce communiquÃ© de presse est Ã©galement disponible en franÃ§ais - Dit persbericht is ook in het Nederlands beschikbaar

Copyright Hugin

[CN#133280]

**ACQUIRE MEDIA**
Additional content provided by Acquire Media

Next Inning Technology Announces Investment Opinion: Updates Outlooks for Spansion, Silicon Storage Technology, Skyworks Solutions, Anadigics, Advanced Semiconductor Engineering
Business Wire - 03/26/2008 10:46 AM ET

Opening Glance: Solar Stocks Drop
AP Digital - 03/26/2008 10:34 AM ET

**COMPANIES TOOLBOX**

**Company Tools**

Update/report content errors
Submit private company

**Investing Tools**

Newsletter
Blogs
RSS feeds
Podcasts
Videos

**ADS BY GOOGLE**

**Brand Strategy & Design**
What you do. How you do it. What you say. How It looks.
www.strategicimaging.com/creed

Browse Companies A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | 0 1 2 3 4 5 6 7 8 9

Advertising | Special Sections | MarketPlace | Knowledge Centers | Terms of Use | Disclaimer | Privacy Notice | Ethics Code | Contact Us | Careers

Copyright 2000-2008 by The McGraw-Hill Companies Inc. All rights reserved.

The McGraw-Hill Companies