# EXHIBIT 3

Case 1:08-cv-01243   Document 22-4   Filed 03/31/2008   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 1:08-cv-01243<br><br>Judge Grady<br>Magistrate Judge Denlow |

### AFFIDAVIT OF DEBORAH JASKOT

I, Deborah Jaskot, hereby state as follows:

1. I am an employee of Teva Pharmaceuticals USA, Inc ("Teva").

2. Teva is a Delaware corporation and its headquarters is in North Wales Pennsylvania. Teva also maintains place of business at 10 Gloria Lane, Fairfield, New Jersey 07004.

3. Teva's parent company is Teva Pharmaceutical Industries Ltd., which has its headquarters at 5 Basel Street, in Petach Tikva, Israel.

4. I am familiar with Abbreviated New Drug Application No. 90-069 ("Teva's ANDA"), which Teva submitted to the United States Food and Drug Administration ("FDA") for the marketing of a pharmaceutical product containing the active agent fenofibrate.

5. Teva's ANDA was prepared at its headquarters in North Wales Pennsylvania and was submitted to the FDA by Teva's personnel in that office.

6. The development work leading to the pharmaceutical products which are the subject of Teva's ANDA was conducted entirely in Israel.

7. Statements herein made on my own knowledge are true, and statements made on my information and belief are believed to be true, and all statements herein are made under

1

penalty of perjury and with the knowledge that willful false statements are punishable by fine, imprisonment, or both under 28 U.S.C. § 1001.

Date: *March 31, 2008*

*Deborah Jaskot* (signature)
Deborah Jaskot