# EXHIBIT 4



http://www.accessdata.fda.gov/scripts/cder/ob/docs/obdetail.cfm?Appl_No=021656&TABLE1=OB_Rx  accessed 3/30/08



http://www.accessdata.fda.gov/scripts/cder/ob/docs/patexclnew.cfm?Appl_No=021656& Product_No=001&table1=OB_Rx accessed 3/30/08