# EXHIBIT 11

**LITE DEPALMA GREENBERG & RIVAS, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
alite@ldgrlaw.com
mpatunas@ldgrlaw.com
mtarantino@ldgrlaw.com
Two Gateway Center, 12th Floor
Newark, NJ 07102
973-623-3000

**LEYDIG, VOIT & MAYER, LTD.**
Bruce M. Gagala
M. Daniel Hefner
Peter H. Domer
Douglas A. Robinson
Two Prudential Plaza - Suite 4900
Chicago, Illinois 60601
312-616-5600

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELAN PHARMA INTERNATIONAL LTD., and FOURNIER LABORATORIES IRELAND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant | Civil Action No. 2:08-cv-01085-JAG-MCA |

**ANSWER AND DEFENSES OF DEFENDANT
TEVA PHARMACEUTICALS USA, INC.**

Defendant Teva Pharmaceuticals USA, Inc.("Teva USA"), by and through its attorneys, herby answers the Complaint as follows:

NATURE OF THE ACTION

1. Admitted.

173886 v1

1

THE PARTIES

2. Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 2 of the Complaint, and therefore denies them.

3. Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 3 of the Complaint, and therefore denies them.

4. Admitted.

JURISDICTION AND VENUE

5. Admitted.

6. Except to admit that it maintains a place of business at 10 Gloria Lane, Fairfield, New Jersey 07004, Teva denies the allegations in Paragraph 6 of the Complaint.

7. Admitted for the purpose of this action only.

BACKGROUND

8. Teva USA admits that United States Patent No. 5,145,684 ("the '684 patent") issued on September 8, 1992 and that the '684 patent bears the title "Surface Modified Drug Nanoparticles." Teva admits that a copy of the '684 patent was attached to the Complaint as Exhibit A. Teva USA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8 of the Complaint and therefore denies them.

9. Teva USA admits that United States Patent No. 7,279,249 ("the '249 patent") issued on October 7, 2007 and that the '249 patent bears the title "Nanoparticulate Fibrate Formulations." Teva admits that a copy of the '249 patent was attached to the Complaint as Exhibit B. Teva USA is without knowledge or information sufficient to form a belief as to

the truth of the remaining allegations in Paragraph 9 of the Complaint and therefore denies them.

10. Teva USA admits that United States Patent No. 7,320,802 ("the '802 patent") issued on January 22, 2008 and that the '802 patent bears the title "Methods of Treatment Using Nanoparticulate Fibrate Compositions." Teva admits that a copy of the '802 patent was attached to the Complaint in Exhibit C. Teva USA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 10 of the Complaint and therefore denies them.

11. Teva USA is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11 of the Complaint, and therefore denies them.

12. Admitted.

13. Teva admits it submitted to the FDA abbreviated new drug application ("ANDA") No. 90-069 under § 505(j) of the Federal Food, Drug and Cosmetic Act, 21, U.S.C. § 355(j), seeking approval to engage in the commercial manufacture, use, and sale of Fenofibrate Tablets, 145 mg ("Teva's Fenofibrate Tablets, 145 mg") before the expiration of the '684, '249 and '802 patents. Teva denies each and every other allegation in Paragraph 13 of the Complaint.

14. Teva admits that, in letters dated January 16, 2008 and February 6, 2008 ("Teva's Letters"), Teva advised Elan and Fournier that, *inter alia*, it had submitted ANDA No. 90-069 seeking approval to manufacture, use, or sell Teva's Fenofibrate Tablets, 145 mg prior to the expiration of the '684, '249 and '802 patents.

15. Teva admits that Teva's Letters also advised Elan and Fournier that, *inter alia*, Teva's ANDA included a certification under 21 U.S.C. § 355(j)(2)(vii)(IV) that, in Teva's

173886 v1     3

opinion, the manufacture, use or sale of Teva's Fenoflbrate Tablets, 145 mg as described in its ANDA will not infringe any claim of the '684, '249 and '802 patents and that the claims of the '249 and '802 patents are invalid.

## PLAINTIFFS' COUNT I

16. Teva USA incorporates its Answer to each of the preceding Paragraphs 1-15 as if fully set forth herein.

17. Teva USA denies each and every allegation in Paragraph 17 of the Complaint. Teva USA admits that the filing of its ANDA No. 90-069 is deemed a technical act of infringement under 35 U.S.C. § 271(e)(2) to allow Plaintiffs, as alleged brand name drug manufacturers, to challenge Teva USA's ANDA application, and to allow Teva USA, as a generic drug manufacturer, to challenge the validity, unenforceability and infringement of the '684 patent before the '684 patent expires.

18. Teva USA denies each and every allegation in Paragraph 18 of the Complaint.

19. Teva USA admits it was aware of the existence of the '684 patent and that it was aware that the filing of its ANDA and certification with respect to the '684 patent would be deemed a technical act of infringement under 35 U.S.C. § 271(e)(2), to allow Plaintiffs, as alleged brand name drug manufacturers, to challenge Teva USA's ANDA application, and to allow Teva USA, as a generic drug manufacturer, to challenge the validity, unenforceability and infringement of the '684 patent before the '684 patent expires. Teva USA denies each and every allegation in Paragraph 17 of the Complaint.

## PLAINTIFFS' COUNT II

20. Teva USA incorporates its Answer to each of Paragraphs 1-15 as if fully set forth herein.

173886 v1     4

21. Teva USA admits that the filing of its ANDA No. 90-069 is deemed a technical act of infringement under 35 U.S.C. § 271(e)(2) to allow Plaintiffs, as alleged brand name drug manufacturers, to challenge Teva USA's ANDA application and to allow Teva USA, as a generic drug manufacturer, to challenge the validity, unenforceability and infringement of the '249 patent before the '249 patent expires. Teva USA denies each and every allegation in Paragraph 21 of the Complaint.

22. Teva USA denies each and every allegation in Paragraph 22 of the Complaint.

23. Teva USA admits it was aware of the existence of the '249 patent and that it was aware that the filing of its ANDA and certification with respect to the '249 patent would be deemed a technical act of infringement under 35 U.S.C. § 271(e)(2), to allow Plaintiffs, as alleged brand name drug manufacturers, to challenge Teva USA's ANDA application and to allow Teva USA, as a generic drug manufacturer, to challenge the validity, unenforceability and infringement of the '249 patent before the '249 patent expires. Teva USA denies each and every allegation in Paragraph 23 of the Complaint.

## PLAINTIFFS' COUNT III

24. Teva USA incorporates its Answer to each of Paragraphs 1-15 as if fully set forth herein.

25. Teva USA admits that the filing of its ANDA No. 90-069 is deemed a technical act of infringement under 35 U.S.C. § 271(e)(2) to allow Plaintiffs, as alleged brand name drug manufacturers, to challenge Teva USA's ANDA application and to allow Teva USA, as a generic drug manufacturer to challenge the validity, unenforceability and infringement of the '802 patent before the '802 patent expires. Teva USA denies each and every allegation in Paragraph 25 of the Complaint.

26. Teva USA denies each and every allegation in Paragraph 26 of the Complaint.

27. Teva USA admits it was aware of the existence of the '802 patent and that it was aware that the filing of its ANDA and certification with respect to the '802 patent would be deemed a technical act of infringement under 35 U.S.C. § 271(e)(2), to allow Plaintiffs, as alleged brand name drug manufacturers, to challenge Teva USA's ANDA application and to allow Teva USA, as a generic drug manufacturer to challenge the validity, unenforceability and infringement of the '802 patent before the '802 patent expires. Teva USA denies each and every allegation in Paragraph 27 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

28. The drug product for which Teva USA has filed its ANDA No. 90-069 will not infringe any valid claim of the '684 patent.

29. The drug product for which Teva USA has filed its ANDA No. 90-069 will not infringe any valid claim of the '249 patent.

30. The drug product for which Teva USA has filed its ANDA No. 90-069 will not infringe any valid claim of the '802 patent.

### SECOND AFFIRMATIVE DEFENSE

31. The '684 patent and each of the claims allegedly infringed by Teva USA are invalid for failure to comply with one or more of the conditions of patentability specified in 35 U.S.C. §§ 101, 102, 103 and/or 112.

32. The '249 patent and each of the claims allegedly infringed by Teva USA are invalid for failure to comply with one or more of the conditions of patentability specified in 35 U.S.C. §§ 101, 102, 103 and/or 112.

33. The '802 patent and each of the claims allegedly infringed by Teva USA are invalid for failure to comply with one or more of the conditions of patentability specified in 35 U.S.C. §§ 101, 102, 103 and/or 112.

WHEREFORE, Teva USA requests entry of a judgment:

A.  Dismissing Plaintiffs' Complaint with prejudice;

B.  Denying all relief requested by Plaintiffs and any relief to Plaintiffs whatsoever;

C.  That Teva USA has not infringed and is not infringing any valid claim of the '684 patent, the '802 patent or the '249 patent;

D.  That the claims of the '684 patent, the '802 patent, and the '249 patent are invalid;

E.  Awarding Teva USA reasonable attorneys' fees pursuant to, *inter alia*, 35 U.S.C. § 285;

F.  Awarding Teva USA its costs of this action; and

G.  Awarding to Teva USA such additional relief as this Court deems just and proper.

Date: March 20, 2008

**LITE DEPALMA GREENBERG & RIVAS, LLC**

  */s/ Michael E. Patunas*
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
alite@ldgrlaw.com
mpatunas@ldgrlaw.com
mtarantino@ldgrlaw.com
Two Gateway Center, 12th Floor
Newark, NJ 07102
973-623-3000

Of Counsel:
**LEYDIG, VOIT & MAYER, LTD.**
Bruce M. Gagala
M. Daniel Hefner
Peter H. Domer
Douglas A. Robinson
Two Prudential Plaza - Suite 4900
Chicago, Illinois 60601
312-616-5600

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*