# EXHIBIT 16

Anne M. Patterson (AP-3305)
apatterson@riker.com
R<small>IKER</small>, D<small>ANZIG</small>, S<small>CHERER</small>, H<small>YLAND</small> & P<small>ERRETTI</small> LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(T): 973.538.0800
(F): 973.538.1984

*Attorneys for Plaintiff Abbott Laboratories*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ZYDUS PHARMACEUTICALS (USA) INC., a New Jersey corporation,<br><br>    Defendant. | Civil Action No.<br><br>*Document Filed Electronically* |

## COMPLAINT

Plaintiff Abbott Laboratories ("Abbott"), for its complaint against defendant Zydus Pharmaceuticals (USA) Inc. ("Zydus"), alleges as follows:

## THE PARTIES

1. Abbott is a corporation organized under the laws of the State of Illinois, having its headquarters and principal place of business at Abbott Park, Illinois 60064.

2. Zydus is a corporation organized under the laws of the State of New Jersey. Zydus maintains an office at 210 Carnegie Center, Suite 103, Princeton, New Jersey 08540.

**JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction over this suit pursuant to 28 U.S.C. § 1331 and § 1338(a), as it arises under an Act of Congress relating to patents, Title 35, United States Code, §§ 1, et seq.

4. This Court has personal jurisdiction over Zydus by virtue of, among other things, Zydus' systematic and continuous contacts with this judicial district.

5. Venue properly exists in this judicial district pursuant to 28 U.S.C. § 1391 and § 1400(b).

**FACTUAL BACKGROUND**

**A.  The Abbott Patents**

6. Abbott sells a prescription drug product under the trademark Depakote®, which product is indicated for the treatment of epileptic seizures or convulsions, bipolar disease, and migraine headaches. The active ingredient in Depakote® is divalproex sodium.

7. On August 4, 2000, the United States Food and Drug Administration ("FDA") approved Abbott's New Drug Application No. 21-168 to market Depakote® ER (extended-release) tablets in a 500 mg dosage strength. Depakote® ER was subsequently approved in a 250 mg dosage strength on May 31, 2002. As a result, Depakote® ER is included in the FDA's list of "Approved Drug Products With Therapeutic Equivalence Evaluations," also known as the "Orange Book." Approved drugs listed in the Orange Book may be used as the basis of a later applicant's Abbreviated New Drug Application ("ANDA") to obtain approval of the applicant's generic drug product under the provisions of 21 U.S.C. § 355(j).

8. Abbott is the owner of and has the right to enforce United States Patent No. 6,511,678 (the "'678 patent"), entitled Controlled Release Formulation of Divalproex

CHI-1616711v1

Sodium. (A copy of the '678 patent is attached as Exhibit A, and is incorporated by reference.) The '678 patent issued on January 28, 2003, and expires December 18, 2018.

9. Abbott is the owner of and has the right to enforce United States Patent No. 6,528,090 (the "'090 patent"), entitled Controlled Release Formulation of Divalproex Sodium. (A copy of the '090 patent is attached as Exhibit B, and is incorporated by reference.) The '090 patent issued on March 4, 2003, and expires December 18, 2018.

10. Abbott is the owner of and has the right to enforce United States Patent No. 6,713,086 (the "'086 patent"), entitled Controlled Release Formulation of Divalproex Sodium. (A copy of the '086 patent is attached as Exhibit C, and is incorporated by reference.) The '086 patent issued on March 30, 2004, and expires December 18, 2018.

11. Abbott is the owner of and has the right to enforce United States Patent No. 6,720,004 (the "'004 patent"), entitled Controlled Release Formulation of Divalproex Sodium. (A copy of the '004 patent is attached as Exhibit D, and is incorporated by reference.) The '004 patent issued on April 13, 2004, and expires December 18, 2018.

12. The '678 patent, the '090 patent, the '086 patent, the '004 patent, and other patents, are listed in the FDA's Orange Book in association with both the 500 mg and 250 mg strengths of Depakote® ER.

**B. Zydus Notifies Abbott Regarding the Filing of ANDA No. 78-239.**

13. Abbott received a letter from Zydus dated June 12, 2006, stating that Zydus was enclosing a "Notice of Certification pursuant to 21 CFR 314.95 for each patent that claims Divalproex Sodium ER for which Zydus is seeking approval and that Zydus is certifying under 314.94(a) as either invalid, unenforceable, or not infringed." This letter also made reference to "Divalproex Sodium ER Tablets, 250 mg and 500 mg," and included a memorandum describing why Zydus believed that the '678 patent, the '090 patent, the '086 patent, the '004 patent, and

other patents listed in the FDA's Orange Book in association with Depakote® ER, were not infringed by Zydus' proposed product.

14. This letter and its enclosure did not satisfy the requirements of 21 C.F.R. 314.95, in numerous respects, however, as they failed: (1) to state that Zydus had, in fact, submitted an ANDA to the FDA containing the required bioavailability or bioequivalence data; and (2) to include identifying information about the ANDA. On July 10, 2006, Abbott responded to this letter by pointing out these deficiencies to Zydus.

15. In response, Zydus sent Abbott a letter dated July 14, 2006, which stated that (i) Zydus submitted ANDA No. 78-239 to the FDA, requesting approval to market a generic version of Depakote® ER—called "Divalproex Sodium ER Tablets"—in 500 mg and 250 mg dosage strengths; (ii) the ANDA included a Paragraph IV Certification (21 U.S.C. § 355(j)(2)(A)(vii)(IV)) directed to the the '678 patent, the '090 patent, the '086 patent, and the '004 patent; and (iii) Zydus sought FDA approval to market Zydus' proposed generic product before these and other patents expire.

16. Zydus attached to its July 14, 2006 letter a purportedly "Detailed Statement of Factual and Legal Bases Establishing Non-Infringement" for the Paragraph IV Certification with regards to the 678 patent, the '090 patent, the '086 patent, and the '004 patent. *See* 21 U.S.C. § 355(j)(2)(B)(iv); *see also* 21 C.F.R. § 314.95(c)(6)(i) - (ii). Zydus stated its position in that document regarding whether its proposed product would infringe the 678 patent, the '090 patent, the '086 patent, and the '004 patent, but did not argue that any of these patents are invalid or unenforceable.

- 4 -

17. The active ingredient in Zydus' proposed generic drug product is divalproex sodium, and the ANDA purports to describe a formulation for achieving a controlled release of divalproex sodium in patients.

### COUNT I: INFRINGEMENT OF THE '678 PATENT

18. Abbott repeats and incorporates by reference each and every allegation of paragraphs 1-17 as if fully set forth herein.

19. Under 35 U.S.C. § 271(e)(2), the submission of an ANDA under 21 U.S.C. § 355(j) for a drug product or formulation claimed in a patent or for a drug use claimed in a patent is an act of infringement if the applicant seeks FDA marketing approval effective prior to the expiration of the patent. Zydus' submission of ANDA No. 78-239 for approval to sell Divalproex Sodium ER Tablets in 500 mg and 250 mg dosage strengths before the expiration of the '678 patent constitutes an act of infringement of that patent pursuant to 35 U.S.C. § 271(e)(2).

20. Zydus' proposed generic version of Depakote® ER, as described in ANDA No. 78-239, utilizes a controlled-release formulation that infringes the '678 patent.

21. Zydus is liable for infringement of the '678 patent.

22. Abbott has no adequate remedy at law to redress Zydus' infringement.

### COUNT II: INFRINGEMENT OF THE '090 PATENT

23. Abbott repeats and incorporates by reference each and every allegation of paragraphs 1-17 as if fully set forth herein.

24. Under 35 U.S.C. § 271(e)(2), the submission of an ANDA under 21 U.S.C. § 355(j) for a drug product or formulation claimed in a patent or for a drug use claimed in a patent is an act of infringement if the applicant seeks FDA marketing approval effective prior to the expiration of the patent. Zydus' submission of ANDA No. 78-239 for approval to sell

- 5 -

Divalproex Sodium ER Tablets in 500 mg and 250 mg dosage strengths before the expiration of the '090 patent constitutes an act of infringement of that patent pursuant to 35 U.S.C. § 271(e)(2).

25. Zydus' proposed generic version of Depakote® ER, as described in ANDA No. 78-239, utilizes a controlled-release formulation that infringes the '090 patent.

26. Zydus is liable for infringement of the '090 patent.

27. Abbott has no adequate remedy at law to redress Zydus' infringement.

### COUNT III: INFRINGEMENT OF THE '086 PATENT

28. Abbott repeats and incorporates by reference each and every allegation of paragraphs 1-17 as if fully set forth herein.

29. Under 35 U.S.C. § 271(e)(2), the submission of an ANDA under 21 U.S.C. § 355(j) for a drug product or formulation claimed in a patent or for a drug use claimed in a patent is an act of infringement if the applicant seeks FDA marketing approval effective prior to the expiration of the patent. Zydus' submission of ANDA No. 78-239 for approval to sell Divalproex Sodium ER Tablets in 500 mg and 250 mg dosage strengths before the expiration of the '086 patent constitutes an act of infringement of that patent pursuant to 35 U.S.C. § 271(e)(2).

30. Zydus' proposed generic version of Depakote® ER, as described in ANDA No. 78-239, utilizes a controlled-release formulation that infringes the '086 patent.

31. Zydus is liable for infringement of the '086 patent.

32. Abbott has no adequate remedy at law to redress Zydus' infringement.

### COUNT IV: INFRINGEMENT OF THE '004 PATENT

33. Abbott repeats and incorporates by reference each and every allegation of paragraphs 1-17 as if fully set forth herein.

- 6 -

34. Under 35 U.S.C. § 271(e)(2), the submission of an ANDA under 21 U.S.C. § 355(j) for a drug product or formulation claimed in a patent or for a drug use claimed in a patent is an act of infringement if the applicant seeks FDA marketing approval effective prior to the expiration of the patent. Zydus' submission of ANDA No. 78-239 for approval to sell Divalproex Sodium ER Tablets in 500 mg and 250 mg dosage strengths before the expiration of the '004 patent constitutes an act of infringement of that patent pursuant to 35 U.S.C. § 271(e)(2).

35. Zydus' proposed generic version of Depakote® ER, as described in ANDA No. 78-239, utilizes a controlled-release formulation that infringes the '004 patent.

36. Zydus is liable for infringement of the '004 patent.

37. Abbott has no adequate remedy at law to redress Zydus' infringement.

**PRAYER FOR RELIEF**

WHEREFORE, Abbott prays for the following relief:

(a) a judgment that the '678 patent remains valid and enforceable and is infringed under 35 U.S.C. § 271(e)(2) by the filing of ANDA No. 78-239;

(b) an order declaring that ANDA No. 78-239 cannot be approved earlier than the expiration date of Abbott's '678 patent;

(c) an injunction prohibiting Zydus, any of its affiliates, or those working in concert with it, from commercially manufacturing, selling, offering to sell, importing, or using a formulation covered by the '678 patent, or otherwise infringing one or more claims of the '678 patent during the life of the patent;

(d) a judgment that the '090 patent remains valid and enforceable and is infringed under 35 U.S.C. § 271(e)(2) by the filing of ANDA No. 78-239;

(e) an order declaring that ANDA No. 78-239 cannot be approved earlier than the

expiration date of Abbott's '090 patent;

(f)    an injunction prohibiting Zydus, any of its affiliates, or those working in concert with it, from commercially manufacturing, selling, offering to sell, importing, or using a formulation covered by the '090 patent, or otherwise infringing one or more claims of the '090 patent during the life of the patent;

(g)    a judgment that the '086 patent remains valid and enforceable and is infringed under 35 U.S.C. § 271(e)(2) by the filing of ANDA No. 78-239;

(h)    an order declaring that ANDA No. 78-239 cannot be approved earlier than the expiration date of Abbott's '086 patent;

(i)    an injunction prohibiting Zydus, any of its affiliates, or those working in concert with it, from commercially manufacturing, selling, offering to sell, importing, or using a formulation covered by the '086 patent, or otherwise infringing one or more claims of the '086 patent during the life of the patent;

(j)    a judgment that the '004 patent remains valid and enforceable and is infringed under 35 U.S.C. § 271(e)(2) by the filing of ANDA No. 78-239;

(k)    an order declaring that ANDA No. 78-239 cannot be approved earlier than the expiration date of Abbott's '004 patent;

(l)    an injunction prohibiting Zydus, any of its affiliates, or those working in concert with it, from commercially manufacturing, selling, offering to sell, importing, or using a formulation covered by the '004 patent, or otherwise infringing one or more claims of the '004 patent during the life of the patent;

(m)    an award of Abbott's costs and attorneys' fees pursuant to 35 U.S.C. § 271(e)(4) and § 285; and

(n) such other and further relief as this Court may deem just and proper.

Dated: December 6, 2007

Respectfully submitted,

RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP

Of Counsel
Daniel E. Reidy; Bar No. 2306948
  E-mail: dereidy@jonesday.com
James R. Daly; Bar No. 6181714
  Email: jrdaly@jonesday.com
Jason G. Winchester; Bar No. 6238377
  Email: jgwinchester@jonesday.com
Melissa B. Hirst; Bar No. 6282498
  Email: mbhirst@jonesday.com
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
(T): 312.782.3939
(F): 312.782.8585

Perry C. Siatis
ABBOTT LABORATORIES
100 Abbott Park Road
Abbott Park, Illinois 60064-6034

By: /s/ Anne M. Patterson
Anne M. Patterson (AP-3305)
apatterson@riker.com
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(T): 973.538.0800
(F): 973.538.1984

*Attorneys for Abbott Laboratories*

- 9 -