# EXHIBIT 18

This information is intended for U.S. residents only.

# TRICOR® 48 mg and 145 mg
(fenofibrate tablets)

℞ only

- **DESCRIPTION**
- **CLINICAL PHARMACOLOGY**
- **INDICATIONS AND USAGE**
- **CONTRAINDICATIONS**
- **WARNINGS**
- **PRECAUTIONS**
- **ADVERSE REACTIONS**
- **OVERDOSAGE**
- **DOSAGE AND ADMINISTRATION**
- **HOW SUPPLIED**
- **REFERENCES**



## DESCRIPTION
TRICOR (fenofibrate tablets), is a lipid regulating agent available as tablets for oral administration. Each tablet contains 48 mg or 145 mg of fenofibrate. The chemical name for fenofibrate is 2-[4-(4-chlorobenzoyl) phenoxy]-2-methyl-propanoic acid, 1-methylethyl ester with the following structural formula:

[structural formula of fenofibrate]

The empirical formula is $C_{20}H_{21}O_4Cl$ and the molecular weight is 360.83; fenofibrate is insoluble in water. The melting point is 79-82°C. Fenofibrate is a white solid which is stable under ordinary conditions.

**Inactive Ingredients:** Each tablet contains hypromellose 2910 (3cps), docusate sodium, sucrose, sodium lauryl sulfate, lactose monohydrate, silicified microcrystalline cellulose, crospovidone, and magnesium stearate.
In addition, individual tablets contain:

48 mg tablets: polyvinyl alcohol, titanium dioxide, talc, soybean lecithin, xanthan gum, D&C Yellow #10 aluminum lake, FD&C Yellow #6 /sunset yellow FCF aluminum lake, FD&C Blue #2 /indigo carmine aluminum lake.

145 mg tablets: polyvinyl alcohol, titanium dioxide, talc, soybean lecithin, xanthan gum.



## CLINICAL PHARMACOLOGY
A variety of clinical studies have demonstrated that elevated levels of total cholesterol (total-C), low density lipoprotein cholesterol (LDL-C), and apolipoprotein B (apo B), an LDL membrane complex, are associated with human atherosclerosis. Similarly, decreased levels of high density lipoprotein cholesterol (HDL-C) and its transport complex, apolipoprotein A (apo AI and apo AII) are associated with the development of atherosclerosis. Epidemiologic investigations have established that cardiovascular morbidity and mortality vary directly with the level of total-C, LDL-C, and triglycerides, and inversely with the level of HDL-C. The independent effect of raising HDL-C or lowering triglycerides (TG) on the risk of cardiovascular morbidity and mortality has not been determined.

Fenofibric acid, the active metabolite of fenofibrate, produces reductions in total cholesterol, LDL cholesterol, apolipoprotein B, total triglycerides and triglyceride rich lipoprotein (VLDL) in treated patients. In addition, treatment with fenofibrate results in increases in high density lipoprotein (HDL) and apoproteins apoAI and apoAII.

1

 **HOW SUPPLIED**

TRICOR® (fenofibrate tablets) is available in two strengths:

48 mg yellow tablets, imprinted with ⌐⌐ and Abbo-Code identification letters "FI", available in bottles of 90 (**NDC** 0074-6122-90).

145 mg white tablets, imprinted with ⌐⌐ and Abbo-Code identification letters "FO", available in bottles of 90 (**NDC** 0074-6123-90).

**Storage**
Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [see USP Controlled Room Temperature]. Keep out of the reach of children. Protect from moisture.

 **REFERENCES**

1. GOLDBERG AC, *et al.* Fenofibrate for the Treatment of Type IV and V Hyperlipoproteinemias: A Double-Blind, Placebo-Controlled Multicenter US Study. *Clinical Therapeutics*, 11, pp. 69-83, 1989.
2. NIKKILA EA. Familial Lipoprotein Lipase Deficiency and Related Disorders of Chylomicron Metabolism. In Stanbury J.B., *et al.* (eds.): *The Metabolic Basis of Inherited Disease*, 5th edition, McGraw-Hill, 1983, Chap. 30, pp. 622-642.
3. BROWN WV, *et al.* Effects of Fenofibrate on Plasma Lipids: Double-Blind, Multicenter Study In Patients with Type IIA or IIB Hyperlipidemia. *Arteriosclerosis.* 6, pp. 670-678, 1986.

Manufactured for Abbott Laboratories, North Chicago, IL 60064, U.S.A. by Fournier Laboratories Ireland Limited, Anngrove, Carrigtwohill Co. Cork, Ireland or Laboratories Fournier SA, Rue de Pres Potets, 21121 Fontaine-les-Dijon, France.

Ref: 03-A076-R3

Revised: October, 2007



07K-030-V612-4 **MASTER**