# EXHIBIT 20

# LOCAL CIVIL AND CRIMINAL RULES

## OF THE

## UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF NEW JERSEY



**With Revisions as of January 31, 2008**

# TABLE OF CONTENTS

**INTRODUCTION - 1984 Revision**

**FOREWORD - 1997 Revision**

**LOCAL CIVIL RULES** **PAGE**

| | | |
|---|---|---|
| 1.1 | Rules of Procedure; Scope of these Rules. | 1 |
| 1.2 | Definitions. | 1 |
| 4.1 | Service of Process. | 2 |
| 5.1 | Service and Filing of Pleadings and Other Papers. | 2 |
| 5.2 | Electronic Service and Filing Documents. | 3 |
| 5.3 | Protective Orders and Public Access Under CM/ECF. | 13 |
| 6.1 | Extensions of Time and Continuances. | 18 |
| 7.1 | Application and Motion Practice. | 19 |
| 7.2 | Affidavits and Briefs. | 21 |
| 8.1 | Pleading Damages. | 22 |
| 9.1 | Special Matters - Review of Social Security Matters. | 22 |
| 9.2 | Special Matters - Admiralty and Maritime Rules for the United States District Court for the District of New Jersey. | 23 |
| 10.1 | Form of Pleadings. | 30 |
| 11.1 | Signing of Pleadings. | 30 |
| 11.2 | Verification of Petitions. | 31 |
| 11.3 | Applications for Fed. R. Civ. P. 11 Sanctions. | 31 |
| 16.1 | Pretrial Conferences; Scheduling; Case Management. | 31 |
| 24.1 | Notice of Claim of Unconstitutionality. | 33 |
| 24.2 | Statutory Court. | 34 |
| 26.1 | Discovery. | 34 |
| 27.1 | Depositions for Use in a Foreign Country. | 37 |
| 28.1 | Letters Rogatory. | 37 |
| 33.1 | Interrogatories. | 37 |
| 34.1 | Requests for Production of Documents. | 38 |
| 36.1 | Requests for Admission. | 38 |
| 37.1 | Discovery Motions. | 38 |
| 37.2 | Applications for Fed. R. Civ. P. 37 Sanctions. | 39 |
| 38.1 | Jury Demand. | 39 |
| 40.1 | Allocation and Assignment of Cases. | 40 |
| 41.1 | Dismissal of Inactive Cases. | 40 |
| 42.1 | Consolidation of Cases. | 41 |
| 44.1 | Seal. | 41 |
| 47.1 | Petit Jurors. | 41 |
| 47.2 | Assessment of Jury Costs. | 42 |
| 48.1 | Civil Jury. | 42 |
| 48.2 | Taking of Civil Verdict. | 42 |
| 52.1 | Oral Opinions. | 42 |

**Civ. RULE 40.1 ALLOCATION AND ASSIGNMENT OF CASES**

**(a) Allocation.** Each civil case shall be allocated by the Clerk of the Court to Camden, Newark or Trenton at the time it is commenced. The Clerk shall consider the residence of the defendant, the convenience of litigants, counsel and witnesses, and the place where the cause of action arose. The vicinage allocated shall be the location of trial and of all proceedings in the case, unless changed by order of the Court.

**(b) Assignment**

(1) After allocation, and subject to the supervision of the Chief Judge, each case shall be assigned forthwith to a Judge by the Clerk or the Deputy charged with such duty.

(2) If it appears that any matter requires immediate attention and the Judge to whom an action has been or would be assigned is not or will not be available, the Clerk or Deputy charged with such duty, under direction of the Chief Judge, shall assign the matter either permanently or temporarily to an available Judge.

**(c) Related Cases.** When a civil action: (1) relates to any property included in a case already pending in this Court; (2) grows out of the same transaction as any case already pending in this Court; or (3) involves the validity or infringement of any patent, copyright or trademark which is involved in a case already pending in this Court, counsel shall at the time of filing the action inform the Clerk of such fact. Whenever possible, such action shall be assigned to the same Judge to whom the pending related action is assigned.

**(d) Notice and Objection.** Promptly after allocation and assignment of a civil case, the Clerk shall notify both the parties or their counsel and the Judge of such allocation and assignment. Objections to either the allocation or the assignment of a civil case shall be made before the Chief Judge, on notice to opposing counsel and to the Judge to whom the case has been assigned.

**(e) Reallocation and Reassignment.** Disposition of any objections submitted under paragraph (d) above, and any other reallocation or reassignment of any case, shall be upon order of the Chief Judge.

Amended: March 3, 1998

**Source:** L.Civ.R. 40.1(a) - G.R. 11.A.; L.Civ.R. 40.1(b) - G.R. 11.B.; L.Civ.R. 40.1(c) - G.R. 11.C.; L.Civ.R. 40.1(d) - G.R. 11.D.; L.Civ.R. 40.1(e) - G.R. 11.F.

**Civ. RULE 41.1 DISMISSAL OF INACTIVE CASES**

(a) Civil cases, other than bankruptcy matters, which have been pending in the Court for more than 120 days without any proceedings having been taken therein must be dismissed for lack of prosecution by the Court (1) on its own motion, or (2) on notice from the Clerk to all parties who have appeared, unless good cause is shown with the filing of an affidavit from counsel of record

# LOCAL CIVIL AND CRIMINAL RULES

OF THE

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW JERSEY



**With Revisions as of January 31, 2008**

## TABLE OF CONTENTS

**INTRODUCTION - 1984 Revision**

**FOREWORD - 1997 Revision**

**LOCAL CIVIL RULES**                                                             **PAGE**

| | | |
|---|---|---|
| 1.1 | Rules of Procedure; Scope of these Rules. | 1 |
| 1.2 | Definitions. | 1 |
| 4.1 | Service of Process. | 2 |
| 5.1 | Service and Filing of Pleadings and Other Papers. | 2 |
| 5.2 | Electronic Service and Filing Documents. | 3 |
| 5.3 | Protective Orders and Public Access Under CM/ECF. | 13 |
| 6.1 | Extensions of Time and Continuances. | 18 |
| 7.1 | Application and Motion Practice. | 19 |
| 7.2 | Affidavits and Briefs. | 21 |
| 8.1 | Pleading Damages. | 22 |
| 9.1 | Special Matters - Review of Social Security Matters. | 22 |
| 9.2 | Special Matters - Admiralty and Maritime Rules for the United States District Court for the District of New Jersey. | 23 |
| 10.1 | Form of Pleadings. | 30 |
| 11.1 | Signing of Pleadings. | 30 |
| 11.2 | Verification of Petitions. | 31 |
| 11.3 | Applications for Fed. R. Civ. P. 11 Sanctions. | 31 |
| 16.1 | Pretrial Conferences; Scheduling; Case Management. | 31 |
| 24.1 | Notice of Claim of Unconstitutionality. | 33 |
| 24.2 | Statutory Court. | 34 |
| 26.1 | Discovery. | 34 |
| 27.1 | Depositions for Use in a Foreign Country. | 37 |
| 28.1 | Letters Rogatory. | 37 |
| 33.1 | Interrogatories. | 37 |
| 34.1 | Requests for Production of Documents. | 38 |
| 36.1 | Requests for Admission. | 38 |
| 37.1 | Discovery Motions. | 38 |
| 37.2 | Applications for Fed. R. Civ. P. 37 Sanctions. | 39 |
| 38.1 | Jury Demand. | 39 |
| 40.1 | Allocation and Assignment of Cases. | 40 |
| 41.1 | Dismissal of Inactive Cases. | 40 |
| 42.1 | Consolidation of Cases. | 41 |
| 44.1 | Seal. | 41 |
| 47.1 | Petit Jurors. | 41 |
| 47.2 | Assessment of Jury Costs. | 42 |
| 48.1 | Civil Jury. | 42 |
| 48.2 | Taking of Civil Verdict. | 42 |
| 52.1 | Oral Opinions. | 42 |

**Civ. RULE 40.1 ALLOCATION AND ASSIGNMENT OF CASES**

**(a) Allocation.** Each civil case shall be allocated by the Clerk of the Court to Camden, Newark or Trenton at the time it is commenced. The Clerk shall consider the residence of the defendant, the convenience of litigants, counsel and witnesses, and the place where the cause of action arose. The vicinage allocated shall be the location of trial and of all proceedings in the case, unless changed by order of the Court.

**(b) Assignment**

(1) After allocation, and subject to the supervision of the Chief Judge, each case shall be assigned forthwith to a Judge by the Clerk or the Deputy charged with such duty.

(2) If it appears that any matter requires immediate attention and the Judge to whom an action has been or would be assigned is not or will not be available, the Clerk or Deputy charged with such duty, under direction of the Chief Judge, shall assign the matter either permanently or temporarily to an available Judge.

**(c) Related Cases.** When a civil action: (1) relates to any property included in a case already pending in this Court; (2) grows out of the same transaction as any case already pending in this Court; or (3) involves the validity or infringement of any patent, copyright or trademark which is involved in a case already pending in this Court, counsel shall at the time of filing the action inform the Clerk of such fact. Whenever possible, such action shall be assigned to the same Judge to whom the pending related action is assigned.

**(d) Notice and Objection.** Promptly after allocation and assignment of a civil case, the Clerk shall notify both the parties or their counsel and the Judge of such allocation and assignment. Objections to either the allocation or the assignment of a civil case shall be made before the Chief Judge, on notice to opposing counsel and to the Judge to whom the case has been assigned.

**(e) Reallocation and Reassignment.** Disposition of any objections submitted under paragraph (d) above, and any other reallocation or reassignment of any case, shall be upon order of the Chief Judge.

Amended: March 3, 1998

**Source:** L.Civ.R. 40.1(a) - G.R. 11.A.; L.Civ.R. 40.1(b) - G.R. 11.B.; L.Civ.R. 40.1(c) - G.R. 11.C.; L.Civ.R. 40.1(d) - G.R. 11.D.; L.Civ.R. 40.1(e) - G.R. 11.F.

**Civ. RULE 41.1 DISMISSAL OF INACTIVE CASES**

(a) Civil cases, other than bankruptcy matters, which have been pending in the Court for more than 120 days without any proceedings having been taken therein must be dismissed for lack of prosecution by the Court (1) on its own motion, or (2) on notice from the Clerk to all parties who have appeared, unless good cause is shown with the filing of an affidavit from counsel of record