## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008 **I electronically filed**

DECLARATION OF PETER H. DOMER and APPENDIX OF EXHIBITS

with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Stephanie S. McCallum
James F. Hurst
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
(312) 558-5600
Email: jhurst@winston.com
Email: smccallum@winston.com
ATTORNEYS FOR ABBOTT LABORATORIES

Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: cjpeterman@pbwt.com
ATTORNEY FOR ABBOTT LABORATORIES

Peter J. Meyer
STEPTOE & JOHNSON LLP
115 South LaSalle Street
Chicago, Illinois 60603
(312) 577-1300
Email: pmeyer@steptoe.com
ATTORNEY FOR LABORATOIRES FOURNIER S.A.

I further certify that I caused to be shipped via FedEx the foregoing documents and the notice of electronic filing to:

Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: cjpeterman@pbwt.com
ATTORNEY FOR ABBOTT LABORATORIES

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
Email: tbickham@steptoe.com
ATTORNEY FOR LABORATOIRES FOURNIER S.A.


DATE: March 31, 2008                    By: /s/ Bruce M. Gagala

                                        Attorney for Defendant Teva
                                        Pharmaceuticals USA, Inc