IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation,

    Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,

    Defendants.

Case No. 1:08-cv-01243

Judge Grady
Magistrate Judge Denlow

**ORDER GRANTING DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)**

The Parties having been heard and the motion adjudicated, the Court hereby **GRANTS** defendant, Teva Pharmaceuticals USA., Inc.'s, motion and

hereby **ORDERS** the above-captioned action be transferred to the United States District Court for the District of New Jersey.

_____
U.S.D.J.

Dated:_____

1

## CERTIFICATE OF SERVICE

I hereby certify that that on March 31, 2008 **I electronically filed** the foregoing proposed

ORDER GRANTING DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)

with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Stephanie S. McCallum
James F. Hurst
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
(312) 558-5600
Email: jhurst@winston.com
Email: smccallum@winston.com
ATTORNEYS FOR ABBOTT LABORATORIES

Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: cjpeterman@pbwt.com
ATTORNEY FOR ABBOTT LABORATORIES

Peter J. Meyer
STEPTOE & JOHNSON LLP
115 South LaSalle Street
Chicago, Illinois 60603
(312) 577-1300
Email: pmeyer@steptoe.com
ATTORNEY FOR LABORATOIRES FOURNIER S.A.

I further certify that I caused to be emailed and shipped via FedEx the foregoing document and the notice of electronic filing to:

Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: cjpeterman@pbwt.com
ATTORNEY FOR ABBOTT LABORATORIES

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
Email: tbickham@steptoe.com
ATTORNEY FOR LABORATOIRES FOURNIER S.A.

Date: March 31, 2008

/s/ Bruce M. Gagala
Attorney for Defendant Teva
Pharmaceuticals USA, Inc