## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                             Case Number:

Abbott Laboratories et al v. Teva Pharmaceuticals USA, Inc.   1:08-cv-01243

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Abbott Laboratories

| |
|---|
| NAME<br>Laura K. McNally (lmcnally@grippoelden.com) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ |
| FIRM<br>Grippo & Elden LLC |
| STREET ADDRESS<br>111 S. Wacker Dr., Suite 5100 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60614 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6226965 | TELEPHONE NUMBER<br>312-704-7719 | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | <u>NO</u> |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | <u>YES</u> | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | <u>YES</u> | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | <u>NO</u> |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL           APPOINTED COUNSEL |