IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 1:08-cv-01243 ) ) Judge John F. Grady |
| TEVA PHARMACEUTICALS USA, INC, | ) Magistrate Judge Denlow ) |
| Defendant. | ) |

**PLAINTIFF ABBOTT LABORATORIES'
MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

Plaintiff Abbott Laboratories ("Abbott") hereby moves for leave to substitute counsel in this case. In support of this Motion, Defendant states as follows:

1. On February 29, 2008, attorneys James F. Hurst and Stephanie S. McCallum of Winston & Strawn LLP filed appearances on behalf of Abbott in the above-captioned matter.

2. Abbott now seeks to substitute William F. Cavanaugh of Patterson, Belknap, Webb & Tyler LLP and Lynn H. Murray and Laura K. McNally of Grippo & Elden LLC as its counsel of record in this matter.

3. Defendant will not be prejudiced by this substitution. This case is in its preliminary stages, and Defendant has not yet answered the complaint.

WHEREFORE, for the reasons set forth above, Abbott respectfully requests that the Court grant leave to substitute Mr. Cavanaugh of Patterson, Belknap, Webb & Tyler LLP and Ms. Murray and Ms. McNally of Grippo & Elden LLC for Winton & Strawn LLP.

147311v1

DATED: April 1, 2008

Respectfully submitted,

ABBOTT LABORATORIES

By: /s/ Laura K. McNally
    One of Its Attorneys

Stephanie S. McCallum
James F. Hurst
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600

147311v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:08-cv-01243 |
| vs. ) | |
| ) | Judge John F. Grady |
| TEVA PHARMACEUTICALS USA, INC, ) | Magistrate Judge Denlow |
| ) | |
| Defendant. ) | |

## ORDER

This matter coming before the Court on Plaintiff Abbott Laboratories' Motion for Leave to Substitute Counsel, it is hereby ordered that:

1. Abbott Laboratories' Motion is Granted; and

2. William F. Cavanaugh of Patterson, Belknap, Webb & Tyler LLP and Lynn H. Murray and Laura K. McNally of Grippo & Elden LLC will replace Winston & Strawn LLP as Abbott Laboratories' counsel of record in the above-captioned matter.


DATED: April __, 2008            _____
                                  Judge John F. Grady


Stephanie S. McCallum
James F. Hurst
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600

Prepared by Counsel for Defendant

147311v1

## CERTIFICATE OF SERVICE

I, Laura K. McNally, an attorney, hereby certify that on **April 1, 2008**, **PLAINTIFF ABBOTT LABORATORIES' MOTION FOR LEAVE TO SUBSTITUTE COUNSEL** and **ORDER** was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

> Peter J. Meyer (pmeyer@steptoe.com)
> STEPTOE & JOHNSON LLP
> 115 South LaSalle Street
> Chicago, Illinois 60603
> (312) 557-1300
> ATTORNEY FOR LABORATOIRES FOURNIER S.A.
>
> Bruce M. Gagala (bgagala@leydig.com)
> M. Daniel Hefner (mdhefner@leydig.com)
> Douglas A. Robinson (drobinson@leydig.com)
> Peter H. Domer (pdomer@leydig.com)
> LEYDIG, VOIT & MAYER, LTD.
> Two Prudential Plaza – Suite 4900
> Chicago, Illinois 60601
> (312) 616-4600

I further certify that I caused to be emailed the foregoing documents and the notice of electronic filing to:

> Timothy C. Bickman (tbickman@steptoe.com)
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Avenue, NW
> Washington, DC 20036
> (202) 429-3000
> ATTORNEY FOR LABORATOIRES FOURNIER S.A.

/s/ Laura K. McNally

Stephanie S. McCallum
James F. Hurst
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600

147311v1