IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBOTT LABORATORIES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:08-cv-01243 |
| vs. ) | |
| ) | Judge John F. Grady |
| TEVA PHARMACEUTICALS USA, INC, ) | Magistrate Judge Denlow |
| ) | |
| Defendant. ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, April 9, 2008, at 11:00 a.m., we shall appear before Honorable Judge John F. Grady in Room 2201 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF ABBOTT LABORATORIES' MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**, a copy of which is hereby served upon you.

DATED: April 1, 2008                                   Respectfully submitted,

                                                       ABBOTT LABORATORIES


                                                       By: /s/ Laura K. McNally
                                                            One of Its Attorneys

Stephanie S. McCallum
James F. Hurst
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600

147309v1

CERTIFICATE OF SERVICE

  I, Laura K. McNally, an attorney, hereby certify that on **April 1, 2008**, **ABBOTT LABORATORIES' NOTICE OF MOTION FOR LEAVE TO SUBSTITUTE COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following:

    Peter J. Meyer (pmeyer@steptoe.com)
    STEPTOE & JOHNSON LLP
    115 South LaSalle Street
    Chicago, Illinois  60603
    (312) 557-1300
    ATTORNEY FOR LABORATOIRES FOURNIER S.A.

    Bruce M. Gagala (bgagala@leydig.com)
    M. Daniel Hefner (mdhefner@leydig.com)
    Douglas A. Robinson (drobinson@leydig.com)
    Peter H. Domer (pdomer@leydig.com)
    Two Prudential Plaza – Suite 4900
    Chicago, Illinois  60601
    (312) 616-4600

  I further certify that I caused to be emailed the foregoing documents and the notice of electronic filing to:

    Timothy C. Bickman (tbickman@steptoe.com)
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, NW
    Washington, DC  20036
    (202) 429-3000
    ATTORNEY FOR LABORATOIRES FOURNIER S.A.

            /s/ Laura K. McNally

Stephanie S. McCallum
James F. Hurst
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600

147309v1