UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Abbott Laboratories, et al.
                                  Plaintiff,

v.                                                 Case No.: 1:08−cv−01243
                                                            Honorable John F. Grady

Teva Pharmaceuticals USA, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable John F. Grady:Motion to transfer case [19] is entered and continued until further order of court. Motion for leave to file [25] is granted. Motion hearing held on 4/2/2008 regarding motion for leave to file [25] and motion to transfer case [19]. Response to motion to transfer case [19] due by 4/22/2008; reply due by 4/29/2008. Attorney James F. Hurst and Stephanie S McCallum terminated. Attorney William F. Cavanaugh is granted leave to file his appearance as counsel for the plaintiffs.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.