MHN

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case Number: |
|---|---|
| Abbott Laboratories et al v. Teva Pharmaceuticals USA, Inc. | 1:08-cv-01243 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Abbott Laboratories

Judge Grady

| NAME |
|---|
| William F. Cavanaugh (wfcavanaugh@pbwt.com) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ [signature] |
| FIRM |
| PATTERSON BELKNAP WEBB & TYLER LLP |
| STREET ADDRESS |
| 1133 Avenue of the Americas |
| CITY/STATE/ZIP |
| New York, New York  10036 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| Federal Bar Number 1715481 | 212-336-2793 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | **YES**     NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | **YES**     NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES     **NO** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | **YES**     NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL          APPOINTED COUNSEL

**FILED**

APR 0 2 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT