IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation, and LABORATOIRES FOURNIER S.A., a French corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>TEVA PHARMACEUTICALS USA, INC., a Delaware corporation,<br><br>　　　　Defendants. | Case No. 1:08-cv-01243<br><br>Judge Grady<br>Magistrate Judge Denlow |

## DECLARATION OF PETER H. DOMER

I, Peter H. Domer, declare under the penalty of perjury that the following is true and correct:

1.　I am an attorney with the law firm of Leydig, Voit & Mayer, Ltd. who is representing TEVA PHARMACEUTICALS USA, INC. in the above-captioned action.

2.　This declaration is submitted in support of DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S REPLY TO PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO TEVA'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) IN LIEU OF ANSWERING

3.　Attached to this Declaration, in its Appendix, are what I believe to be true and correct copies of the following documents:

| Exhibit (Ex.) No. | Description |
|---|---|
| 21 | *Bankers Leasing Ass'n, Inc. v. Lambert*, No. 88 C 7623, 1989 WL 134299 (N.D. Ill. Oct 13, 1989) |
| 22 | *Abbott Lab. v. Novopharm Ltd.*, Nos. 00 C 2141, 00 C 5094, 01 C 19142002, 2002 WL 433584 (N.D. Ill. March 20, 2002) |

4.   I hereby declare that all statements made herein of my own knowledge are true, that all statements of opinion or those made on information and belief are believed to be true, that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18 of the United States Code.

DATE: April 29, 2008

/Peter H. Domer/
Peter H. Domer