## CERTIFICATE OF SERVICE

    I hereby certify that on April 29, 2008 I electronically filed

DECLARATION OF PETER H. DOMER and APPENDIX OF EXHIBITS

with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

William F Cavanaugh, Jr.
Chad J Peterman
PATTERSON, BELKNAP, WEBB & TYLER
30 Rockefeller Plaza
New York, NY 10112
(212) 336-2793
*ATTORNEYS FOR ABBOTT*

Laura K McNally
Lynn Hagman Murray
GRIPPO & ELDEN
111 South Wacker Drive
Chicago, IL 60606
(312) 704-7700
Email: docket@grippoelden.com
*ATTORNEYS FOR ABBOTT*

Peter J. Meyer
STEPTOE & JOHNSON LLP
115 South LaSalle Street
Chicago, Illinois 60603
(312) 577-1300
Email: pmeyer@steptoe.com
*ATTORNEY FOR LABORATOIRES FOURNIER S.A.*

    I further certify that I caused to be shipped via FedEx the foregoing documents:

Chad J. Peterman
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000
Email: cjpeterman@pbwt.com
*ATTORNEY FOR ABBOTT LABORATORIES*

3

Timothy C. Bickham
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-3000
Email: tbickham@steptoe.com
*ATTORNEY FOR LABORATOIRES FOURNIER S.A.*

Glenn J. Pfadenahauer
WILLIAMS & CONNOLLY, LLP
725 Twelfth St., N.W.
Washington, D.C. 20005
(202) 434-5000
Email: gpfadenhauer@wc.com
*ATTORNEY FOR LABORATOIRES FOURNIER S.A.*


DATE: April 29, 2008

By: /s/ Bruce M. Gagala

*Attorney for Defendant Teva Pharmaceuticals USA, Inc*